UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  2:17-cv-04059-MCS-JEM | Date  March 14, 2022 |
| Title  *George Torres et al v. Harold Igdaloff et al* | |

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Movant(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Hany S. Fangary | Elizabeth Dorsi |
| Thomas F. Vandenburg | Sara Peterman Bell |

**Proceedings: Final Pretrial Conference and Motion for Determination of Good Faith Settlement (ECF No. 410) and Joinder (ECF No. 437), Defendant's Motion in Limine for Evidentiary Objections (ECF No. 416), ex Parte Application to Continue Trial from April 19, 2022 to September 2022 (ECF No. 426), and Motion of Hany S. Fangary to Withdraw as Attorney (ECF No. 442)**

The motion hearing is held. Counsel address the Court. The Court takes the Motions UNDER SUBMISSION and a ruling will be issued.

The final pretrial conference is held. Court and counsel confer about evidentiary procedures for the bench trial.

IT IS SO ORDERED.