UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:17-cv-04059-MCS-JEM | Date | March 30, 2022 |
| Title | *George Torres et al. v. Harold Igdaloff et al.* | | |

Present: The Honorable **Mark C. Scarsi, United States District Judge**

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s): None Present

Attorney(s) Present for Defendant(s): None Present

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS

The Court permitted attorney Hary Fangary to withdraw from representing the Igdaloff parties in this case. ECF No. 454. To ensure that the Igdaloffs could retain new counsel for the upcoming trial, the Court required Mr. Fangary to provide the Court with the contact information for the Igdaloff parties within seven days of the March 18, 2022 order. *Id.* The deadline to file this information was March 25, 2022, and Mr. Fangary has not yet done so.

The Court orders Mr. Fangary to show cause why sanctions, including a fee payable to the Clerk, should not be imposed for his failure to follow the Court order effectuating his withdrawal. Mr. Fangary shall respond to this order within three days. Mr. Fangary also shall file the contact information of the Igdaloffs and proof of service of the March 18, 2022 order permitting withdrawal on the Igdaloffs with his response.

**IT IS SO ORDERED.**