Hany S. Fangary, Bar No. 190555
hany@fangarylaw.com
**FANGARY LAW GROUP**
633 West Fifth Street
57th Floor, Suite 5710
Lo Angeles, CA 90071
P:  (213) 623-3822
F:  (213) 289-2824

Attorneys for Defendants and Cross-Complainants
HAROLD IGDALOFF, ESTATE OF EVELYN IGDALOFF, DECEASED, AND IGDALOFF 1993 FAMILY TRUST

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **GEORGE TORRES**, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>**HAROLD IGDALOFF**, *et al.*,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-ACTIONS | CASE NO.:  2:17-cv-04059-MCS (JEMs)<br><br>**RESPONSE TO ORDER TO SHOW CAUSE**<br><br>[DECLARATION OF HANY S. FANGARY FILED CNCURRENTLY HEREWITH]<br><br>The Hon. Mark C. Scarsi |

## RESPONSE TO ORDER TO SHOW CAUSE

Counsel for Defendants and Cross-Complainants, Harold Igdaloff, the Estate of Evelyn Igdaloff, deceased, and the Igdaloff 1993 Family Trust ("Igdaloff Defendants" or "Igdaloff Parties"), Hany S. Fangary, hereby submits his response to this Court's Order to Show Cause ("OSC") issued to Hany S. Fangary on March 30, 2022. Hany S. Fangary hereby responds to the Court's OSC as follows:

1. As directed by the Court, Mr. Igdaloff's contact information is as follows:

    Harold Igdaloff

    11806 Bellagio Road

    Los Angeles, CA 90049

    Email:  higdaloff@aol.com

    Home  (310) 472-6047

    Cell:   (310) 694-7609

2. Hany S. Fangary's response to this Court's order to show cause why sanctions should not be imposed is included in the Declaration of Hany S. Fangary filed concurrently herewith, ¶ 10.

3. As directed by this Court, the proof of service of the March 18, 2022 order is attached as <u>Exhibit D</u> to the Fangary Declaration filed concurrently herewith.

Accordingly, Hany S. Fangary requests that the Court accept this Response To Order To Show Cause as an adequate response to this Court's OSC.

April 4, 2022

FANGARY LAW GROUP

　　　/s/  Hany S. Fangary　　　
　　　Hany S. Fangary
Counsel For HAROLD IGDALOFF, ESTATE Of EVELYN IGDALOFF, DECEASED, and IGDALOFF 1993 FAMILY TRUST