Hany S. Fangary, Bar No. 190555
hany@fangarylaw.com
**FANGARY LAW GROUP**
633 West Fifth Street
57ᵗʰ Floor, Suite 5710
Lo Angeles, CA 90071
P:  (213) 623-3822
F: (213) 289-2824

Attorneys for Defendants and Cross-Complainants
HAROLD IGDALOFF, ESTATE OF EVELYN
IGDALOFF, DECEASED, AND IGDALOFF 1993
FAMILY TRUST

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **GEORGE TORRES**, *et al.*, | CASE NO.:  2:17-cv-04059-MCS (JEMs) |
| Plaintiff, | |
| vs. | **DECLARATION OF HANY S. FANGARY IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE** |
| **HAROLD IGDALOFF**, *et al.*, | |
| Defendants. | The Hon. Mark C. Scarsi |
| AND RELATED COUNTERCLAIMS AND CROSS-ACTIONS | |

## **DECLARATION OF HANY S. FANGARY**

I, Hany S. Fangary, declare as follows:

1.      I am an attorney at law at Fangary Law Group, duly admitted to practice before the courts of the State of California.  Fangary Law Group are attorneys of record for Defendants Harold Igdaloff, Estate of Evelyn Igdaloff, Deceased and the Igdaloff 1993 Family Trust, by and through its trustee, Harold Igdaloff (collectively referred to as "**Igdaloffs Defendants**" or "**Igdaloff Parties**").  I know the following facts to be true of my own knowledge, and if called to testify, I could competently do so.

2.      I make this declaration in support of RESPONSE TO ORDER TO SHOW CAUSE.

3.      I received and reviewed this Court's Order Granting Motion In Limine, Denying Ex Parte Application To Continue Trial And For Leave To Amend Expert Witness Reports, Granting Motion For Determination Of Good Faith Settlement, And Granting Motion To Withdraw on March 18, 2022 ("Order").

4.      I prepared a transmittal letter to Mr. Igdaloff, Mr. Ostrin and Mr. Oldman to accompany a copy of the Order I intended to send to them by email and Federal Express. A copy of the transmittal letter dated March 18, 2022 is attached hereto as <u>Exhibit A</u>.

5.      I sent a copy of the transmittal letter and the Order to Mr. Igdaloff, Mr. Ostrin and Mr. Oldman by email on March 18, 2022 at 5:42 pm.  A true and correct copy of said email is attached hereto as <u>Exhibit B</u>.

6.      I prepared Federal Express packages for Mr. Igdaloff, Mr. Ostrin and Mr. Oldman on March 18, 2022, for next day delivery, in which I included copies of the transmittal letter and the Order.  I received confirmations of receipt from Federal Express on March 21, 2022.  True and correct copies of the confirmations I received from Federal Express for all three packages are attached hereto as <u>Exhibit C</u>.

7.      As directed by the Court, I prepared the proof of service for transmittal of the Order by email and Federal Express on March 18, 2022, attached hereto as <u>Exhibit D</u>.

-1-

8.      After receiving no response from Mr. Igdaloff, Mr. Ostrin or Mr. Oldman to my March 18, 2022 email and the Federal Express packages I sent them, I sent another email on March 25, 2022 to Mr. Igdaloff, Mr. Ostrin and Mr. Oldman asking them to confirm receipt of the Order.  A true and correct copy of my email to Mr. Igdaloff, Mr. Ostrin and Mr. Oldman dated March 25, 2022 is attached hereto as <u>Exhibit E</u>.

9.      I finally received an email from Mr. Ostrin on March 26, 2022 confirming receipt of the Order.

10.     In my urgency to send a copy of the order to Mr. Igdaloff, Mr. Ostrin and Mr. Oldman as soon as possible on March 18, 2022, on the same day I received it, by email and Federal Express, I neglected to put on my calendar the deadline the Court requested that I provide Mr. Igdaloff's contact information.  I regret this oversight, and Mr. Igdaloff's contact information is provided in the Igdaloff Parties' Response To OSC filed concurrently herewith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 4, 2022, in Los Angeles, California.

April 4, 2022                              FANGARY LAW GROUP

                                          _____/s/  Hany S. Fangary_____
                                          Hany S. Fangary
                                 Counsel For HAROLD IGDALOFF, ESTATE Of EVELYN
                                 IGDALOFF, DECEASED, and IGDALOFF 1993 FAMILY
                                 TRUST

-2-

# EXHIBIT A

# FANGARY LAW GROUP

### ATTORNEYS AT LAW
### U. S. BANK TOWER
633 WEST 5TH STREET, SUITE 5710
LOS ANGELES, CALIFORNIA 90017
(213) 623-3822 (PHONE) | (213) 289-2824 (FAX)
EMAIL: hany@fangarylaw.com

March 18, 2022

**VIA FEDERAL EXPRESS**

| Harold Igdaloff | Ronald Ostrin | Marshal Oldman |
|---|---|---|
| 11806 Bellagio Road | Law Offices Of Ronald E. Ostrin | Oldman Cooley et al LLP |
| Los Angeles, Ca 90049 | 11755 Wilshire Boulevard, 15th Floor | 16133 Ventura Boulevard |
| | Los Angeles, Ca 90025 | Encino, Ca 91436 |

Re: <u>Torres v. Igdaloff, Case No. 2:17-cv-4059 – 410 E. 32nd Street & 317 E. 33rd Street Los Angeles, CA 90011</u>

Dear Messrs. Igdaloff, Ostrin and Oldman:

Enclosed for your information is the Order Granting Motion In Limine, Denying Ex Parte Application To Continue Trial And For Leave To Amend Expert Witness Reports, Granting Motion For Determination Of Good Faith Settlement, And Granting Motion To Withdraw in the above referenced action.

I previously sent to Mr. Igdaloff and Mr. Ostrin copies of the Motion to Withdraw of representing the Igdaloff Parties and associated documents. The enclosed order grants the Motion to Withdraw, directs the Igdaloff Parties to retain new counsel, and directs me to serve this order to all three of you.

Sincerely,

FANGARY LAW GROUP

By:    Hany S. Fangary

# EXHIBIT B

**Hany Fangary**

| | |
|---|---|
| **From:** | Hany Fangary |
| **Sent:** | Friday, March 18, 2022 5:42 PM |
| **To:** | Harold Igdaloff; ron@ostrinlaw.com; mao@oclslaw.com |
| **Subject:** | Torres v. Igdaloff |
| **Attachments:** | 2022.03.18 Ltr to Igdaloff Ostrin Oldman FINAL.pdf; 2022.03.18 Court Order.pdf; 2022.03.18 Final Pretrial Conference Order.pdf |

Mr. Igdaloff and counsel,

Attached correspondence and related court orders in the above referenced case.  Please let me know if you have any questions.

**Hany S. Fangary** (v-card) | (bio) | Fangary Law Group
O: (213) 623-3822 | hany@fangarylaw.com
C: (310) 995-7975 | F: (213) 289-2824
U.S. Bank Tower | 633 West Fifth Street
57th Floor, Suite 5710 | Los Angeles, CA 90071

**Environmental Due Diligence & Litigation**
**California Proposition 65 Compliance**

**WARNING - PRIVILEGED LEGAL COMMUNICATION**
This email is confidential. It is intended only for use by the named recipient. It may contain attorney work product and/or information subject to attorney-client privilege. Any unauthorized use is strictly prohibited. If there has been an error in sending this email, please notify by reply email and delete any file contained within this email.

EXHIBIT C

**Hany Fangary**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, March 21, 2022 12:33 PM |
| **To:** | Hany Fangary |
| **Subject:** | FedEx Shipment 776343025970: Your package has been delivered |



# Hi. Your package was delivered Mon, 03/21/2022 at 12:28pm.



Delivered to 11755 WILSHIRE 1500, LOS ANGELES, CA 90025
Received by R.BELLE

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 776343025970 |
| **FROM** | Hany Fangary |
| | 633 W. 5th Street |
| | Suite 5710 |
| | Los Angeles, CA, US, 90017 |
| **TO** | Law Office Of Ronald Ostrin |
| | Ronald Ostrin |
| | 11755 Wilshire Blvd |
| | Fifteenth Floor |
| | LOS ANGELES, CA, US, 90025 |

1

| | |
|---|---|
| **SHIP DATE** | Fri 3/18/2022 05:06 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Los Angeles, CA, US, 90017 |
| **DESTINATION** | LOS ANGELES, CA, US, 90025 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Standard Overnight |



# Get the FedEx® Mobile app

Create shipments, receive tracking alerts, redirect packages to a FedEx retail location for pickup, and more from the palm of your hand - **Download now**.



**FOLLOW FEDEX**

      

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 2:32 PM CDT 03/21/2022.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2022 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**Hany Fangary**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, March 21, 2022 9:43 AM |
| **To:** | Hany Fangary |
| **Subject:** | FedEx Shipment 776343031883: Your package has been delivered |



# Hi. Your package was delivered Mon, 03/21/2022 at 9:26am.



Delivered to 16133 VENTURA BLVD, Encino, CA 91436

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 776343031883 |
| **FROM** | Hany Fangary<br>633 W. 5th Street<br>Suite 5710<br>Los Angeles, CA, US, 90017 |
| **TO** | OLdman Cooley LLP<br>Marshal Oldman<br>16133 Ventura Boulevard<br>Encino, CA, US, 91436 |
| **SHIP DATE** | Fri 3/18/2022 05:06 PM |

1

| | |
|---|---|
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Los Angeles, CA, US, 90017 |
| **DESTINATION** | Encino, CA, US, 91436 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Standard Overnight |



## Get the FedEx® Mobile app

Create shipments, receive tracking alerts, redirect packages to a FedEx retail location for pickup, and more from the palm of your hand
- **Download now**.



---

**FOLLOW FEDEX**

      

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:42 AM CDT 03/21/2022.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2022 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**Hany Fangary**

---

**From:**        TrackingUpdates@fedex.com
**Sent:**        Monday, March 21, 2022 9:24 AM
**To:**          Hany Fangary
**Subject:**     FedEx Shipment 776343016184: Your package is now out for delivery today



# Hi. Your package is now out for delivery today.

ON TIME

**SCHEDULED DELIVERY**

Mon, 03/21/2022
before 8:00pm



**OUT FOR DELIVERY**
MARINA DEL REY, CA

**MANAGE DELIVERY**

TRACKING NUMBER      776343016184

FROM      Hany Fangary
          633 W. 5th Street
          Suite 5710
          Los Angeles, CA, US, 90017

1

| | |
|---|---|
| **TO** | Harold Igdaloff |
| | 11806 Bellagio Road |
| | Los Angeles, CA, US, 90049 |
| **REFERENCE** | Igdaloff |
| **SHIPPER REFERENCE** | Igdaloff |
| **SHIP DATE** | Fri 3/18/2022 05:06 PM |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Los Angeles, CA, US, 90017 |
| **DESTINATION** | Los Angeles, CA, US, 90049 |
| **SPECIAL HANDLING** | Deliver Weekday |
| | Residential Delivery |
| **STANDARD TRANSIT** | Mon, 03/21/2022 by 8:00pm |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Standard Overnight |



# Get the FedEx® Mobile app

Create shipments, receive tracking alerts, redirect packages to a FedEx retail location for pickup, and more from the palm of your hand - **Download now**.



FOLLOW FEDEX

      

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:24 AM CDT 03/21/2022.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2022 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

EXHIBIT D

Hany S. Fangary, Bar No. 190555
hany@fangarylaw.com
**FANGARY LAW GROUP**
633 West Fifth Street
57th Floor, Suite 5710
Lo Angeles, CA 90071
P:  (213) 623-3822
F:  (213) 289-2824

Attorneys for Defendants and Cross-Complainants
HAROLD IGDALOFF, ESTATE OF EVELYN
IGDALOFF, DECEASED, AND IGDALOFF 1993
FAMILY TRUST

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| **GEORGE TORRES,** *et al.,*<br><br>     Plaintiff,<br><br>vs.<br><br>**HAROLD IGDALOFF,** *et al.,*<br><br>     Defendants.<br><br>────────────────────<br><br>AND RELATED COUNTERCLAIMS AND CROSS-ACTIONS | CASE NO.:  2:17-cv-04059-MCS (JEMs)<br><br>**PROOF OF SERVICE**<br><br>[DECLARATION OF HANY S. FANGARY FILED CONCURRENTLY HEREWITH]<br><br>The Hon. Mark C. Scarsi |

PROOF OF SERVICE

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 633 West 5th Street, Suite 5710, Los Angeles, CA 90017.

On March 18, 2022, I served true copies of the following document(s) described as **Order Granting Motion In Limine, Denying Ex Parte Application To Continue Trial And For Leave To Amend Expert Witness Reports, Granting Motion For Determination Of Good Faith Settlement, And Granting Motion To Withdraw** on the interested parties in this action as follows:

| Harold Igdaloff<br>11806 Bellagio Road<br>Los Angeles, Ca 90049<br>higdaloff@aol.com | Ronald Ostrin<br>Law Offices Of Ronald E. Ostrin<br>11755 Wilshire Boulevard, 15th Floor<br>Los Angeles, Ca 90025<br>ron@ostrinlaw.com | Marshal Oldman<br>Oldman Cooley et al LLP<br>16133 Ventura Boulevard<br>Encino, Ca 91436<br>mao@oclslaw.com |
|---|---|---|

X **BY THE OVERNIGHT SERVICE CARRIER**:  I enclosed said document(s) in an envelope or package provided by the Overnight Service carrier and addressed to the persons at the addresses listed in the Service List.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the Overnight Service carrier or delivered such document(s) to a courier or driver authorized by the Overnight Service carrier to receive documents.

X **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address hany@fangarylaw.com to the persons at the e-mail addresses listed in the Service List. The document(s) were transmitted at or before 5:00 p.m. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 4, 2022, at Los Angeles, California.

/s/  Hany S. Fangary
Hany S. Fangary

-1-

PROOF OF SERVICE

EXHIBIT E

**Hany Fangary**

| | |
|---|---|
| **From:** | Hany Fangary |
| **Sent:** | Friday, March 25, 2022 5:18 PM |
| **To:** | Harold Igdaloff; ron@ostrinlaw.com; mao@oclslaw.com |
| **Subject:** | FW: Torres v. Igdaloff |
| **Attachments:** | 2022.03.18 Ltr to Igdaloff Ostrin Oldman FINAL.pdf; 2022.03.18 Court Order.pdf; 2022.03.18 Final Pretrial Conference Order.pdf |

Mr. Igdaloff and counsel,

I sent the attached documents to you by email and Federal Express on 3/18/2022. I have not received any error messages regarding the email transmission, and I received confirmation from Federal Express that all three packages were delivered on Monday 3/21/2022.

I have not yet heard back from any of you, or from any potential substitute counsel, regarding this matter. Therefore, I am just confirming that you received these documents. I would appreciate a response email confirming receipt at your earliest convenience. Thank you.

**Hany S. Fangary** (v-card) | (bio) | Fangary Law Group
O: (213) 623-3822 | hany@fangarylaw.com
C: (310) 995-7975 | F: (213) 289-2824
U.S. Bank Tower | 633 West Fifth Street
57th Floor, Suite 5710 | Los Angeles, CA 90071

**Environmental Due Diligence & Litigation**
**California Proposition 65 Compliance**

**WARNING - PRIVILEGED LEGAL COMMUNICATION**
This email is confidential. It is intended only for use by the named recipient. It may contain attorney work product and/or information subject to attorney-client privilege. Any unauthorized use is strictly prohibited. If there has been an error in sending this email, please notify by reply email and delete any file contained within this email.

**From:** Hany Fangary
**Sent:** Friday, March 18, 2022 5:42 PM
**To:** Harold Igdaloff <higdaloff@aol.com>; ron@ostrinlaw.com; mao@oclslaw.com
**Subject:** Torres v. Igdaloff

Mr. Igdaloff and counsel,

Attached correspondence and related court orders in the above referenced case. Please let me know if you have any questions.

**Hany S. Fangary** (v-card) | (bio) | Fangary Law Group
O: (213) 623-3822 | hany@fangarylaw.com
C: (310) 995-7975 | F: (213) 289-2824
U.S. Bank Tower | 633 West Fifth Street
57th Floor, Suite 5710 | Los Angeles, CA 90071

**Environmental Due Diligence & Litigation**
**California Proposition 65 Compliance**

**WARNING - PRIVILEGED LEGAL COMMUNICATION**
This email is confidential. It is intended only for use by the named recipient. It may contain attorney work product and/or information subject to attorney-client privilege. Any unauthorized use is strictly prohibited. If there has been an error in sending this email, please notify by reply email and delete any file contained within this email.