UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:17-cv-04059-MCS-JEM | Date April 8, 2022 |
| Title *George Torres et al. v. Harold Igdaloff et al.* | |

Present: The Honorable Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER DISCHARGING ORDER TO SHOW CAUSE

The Court ordered Mr. Fangary, the former attorney of record for the Igdaloff parties, to show cause why sanctions should not be imposed for failure to file the Igdaloff parties' contact information per a Court order. OSC, ECF No. 457. Mr. Fangary filed a response. ECF Nos. 460, 460-1. Considering the response, the Court discharges the Order to Show Cause and imposes no sanctions upon Mr. Fangary.

**IT IS SO ORDERED.**