1  Sarah P. Bell (State Bar No. 227082)
      sbell@fbm.com
2  Elizabeth Dorsi (State Bar No. 282285)
      edorsi@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, California 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Attorneys for Defendant Union Pacific
   Railroad Company

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10 GEORGE TORRES, *et al*,                    Case No. 2:17-cv-04059-MCS-JEM

11              Plaintiffs,                    **JOINT NOTICE OF SETTLEMENT
                                               AND STIPULATION TO
12        vs.                                  CONTINUE TRIAL AND
                                               RELATED DATES**
13 HAROLD IGDALOFF, *et al.,*
                                               The Hon. Marc C. Scarsi
14              Defendants.
                                               Action filed:      May 31, 2017
15 ───────────────────────────                 Trial Date:        June 7, 2022
   AND RELATED CROSS-CLAIMS
16

17

18      **PLEASE TAKE NOTICE**:

19      Defendant/Cross-Claimant Union Pacific Railroad Company ("Union

20 Pacific") and Defendants/Cross-Claimants Harold Igdaloff, Estate of Evelyn

21 Igdaloff, Deceased, and the Igdaloff 1993 Family Trust (collectively, "Igdaloffs")

22 respectfully submit this joint notice of settlement and stipulation to continue the trial

23 and related dates.

24      On Friday, May 20, the Igdaloffs and Union Pacific (collectively, the

25 "Parties") participated in a private mediation overseen by mediator Timothy

26 Gallagher, Esq.  The Parties are pleased to report that a settlement was reached

27 among the Parties.  The settlement was memorialized on Friday May 20 in a signed,

28 binding and enforceable settlement term sheet agreement.  Notwithstanding this, the

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT NOTICE OF SETTLEMENT AND
STIPULATED REQUEST TO CONTINUE TRIAL
CASE NO. 2:17-cv-04059-MCS-JEM

1

34999\14820713.1

1  Parties contemplate and agree that the settlement will be further memorialized in the

2  coming days and weeks by a further-detailed settlement agreement that will request

3  this Court's continuing jurisdiction over certain matters, followed by the filing of a

4  motion seeking an order for good faith settlement determination, contribution

5  protection, and dismissal of all remaining claims in the above-captioned litigation.

6  The Parties accordingly believe that a continuance of the pending June 7 trial date is

7  appropriate as the Parties finalize, and the Court considers, the above items.

8       **NOW**, therefore, it is hereby stipulated and agreed among the Parties as

9  follows:

10       In light of the foregoing, and the fact that the settlement referenced herein,

11  along with the related motion and order for good faith settlement determination,

12  contribution protection and dismissal, will fully resolve the remaining claims in this

13  matter, the Parties jointly and respectfully request that the Court reset the trial date

14  from June 7, 2022 (ECF No. 472) to December 6, 2022, and that the Court likewise

15  order a six-month continuance of any presently outstanding pre-trial deadlines.

16       **IT IS SO STIPULATED**, by and through counsel of record.

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT NOTICE OF SETTLEMENT AND
STIPULATED REQUEST TO CONTINUE TRIAL
CASE NO. 2:17-cv-04059-MCS-JEM

2

34999\14820713.1

1  DATED:  May 24, 2022                    FARELLA BRAUN + MARTEL LLP

2
                                           By:    ___/s/ Sarah P. Bell_____
3                                                    SARAH P. BELL
4                                          Attorneys for UNION PACIFIC RAILROAD
                                           COMPANY
5

6  DATED:  May 24, 2022                    OLDMAN, COOLEY, SALLUS, BINBERG,
                                           COLEMAN & GOLD, L.L.P.
7

8                                          By:    ___/s/ Marshal A. Oldman_____
                                                   MARSHAL A. OLDMAN
9                                          Specially Appearing for HAROLD IGDALOFF,
10                                         ESTATE OF EVELYN IGDALOFF,
                                           DECEASED, IGDALOFF 1993 FAMILY
11                                         TRUST

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT NOTICE OF SETTLEMENT AND                     3                    34999\14820713.1
STIPULATED REQUEST TO CONTINUE TRIAL
CASE NO. 2:17-cv-04059-MCS-JEM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, whose signatures are indicated by a conformed signature ("/s/"), and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  May 24, 2022            FARELLA BRAUN + MARTEL LLP


                                By:    */s/ Sarah P. Bell*
                                _____
                                       SARAH P. BELL
                                Attorneys for UNION PACIFIC RAILROAD
                                COMPANY

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT NOTICE OF SETTLEMENT AND
STIPULATED REQUEST TO CONTINUE TRIAL
CASE NO. 2:17-cv-04059-MCS-JEM

4

34999\14820713.1