1
2
3
4
5
6
7
8

**<u>NOTE CHANGES MADE BY THE COURT</u>**

9            UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11  GEORGE TORRES, *et al*,                | Case No. 2:17-cv-04059-MCS-JEM

12           Plaintiffs,

13      vs.                                | **[PROPOSED]** ORDER GRANTING **IN PART** REQUEST TO CONTINUE TRIAL AND RELATED DATES (ECF No. 480)

14  HAROLD IGDALOFF, *et al.,*

15           Defendants.

16  ─────────────────────────────          | The Hon. Mark C. Scarsi

17  AND RELATED CROSS-CLAIMS

                                           | Action filed:    May 31, 2017
18                                         | Trial Date:      June 7, 2022

19          The Court has considered the Parties' Joint Notice of Settlement and

20  Stipulation to Continue Trial and Related Dates requesting a trial continuance so that

21  the parties might finalize a further settlement agreement and prepare and file related

22  motions, and the Court finds that good cause exists to grant the requested relief.

23  //

24
25
26
27
28

ORDER ON JOINT STIPULATION                          1
CASE NO. 2:17-cv-04059-MCS-JEM

1      Accordingly, **IT IS HEREBY ORDERED** as follows:

2      The trial, currently set for June 7, 2022, shall be continued ~~by six months~~ from

3 June 7, 2022 to ~~December 6~~**September 6**, 2022, **at 8:30 a.m.** ~~Any presently~~

4 ~~outstanding pre trial deadlines, if any, are also continued and shall be set according~~

5 ~~to the new trial date.~~

6 **The parties shall file any motion for determination of good faith**

7 **settlement, contribution protection, and/or dismissal of all remaining claims by**

8 **July 11, 2022 and set any such motion for hearing no later than August 8, 2022.**

9      **IT IS SO ORDERED.**

10

11 DATED:  May 27, 2022

12

13 _____

14 MARK C. SCARSI
UNITED STATES DISTRICT COURT JUDGE