Sarah P. Bell (State Bar No. 227082)
   sbell@fbm.com
Elizabeth Dorsi (State Bar No. 282285)
   edorsi@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant Union Pacific Railroad Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE TORRES, an individual; and ROBERTA TORRES, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>HAROLD IGDALOFF, *et al.*,<br><br>    Defendants.<br> | Case No. 2:17-cv-04059-MCS-JEM<br><br>**NOTICE OF MOTION AND MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br>[Filed Concurrently with Memorandum of Points and Authorities; Declaration of Sarah P. Bell; [Proposed] Order]<br><br>The Hon. Mark C. Scarsi<br><br>Action file:   May 31, 2017<br>Trial Date:   September 6, 2022<br><br>Hearing Date:   August 8, 2022<br>Hearing Time:   9:00 a.m. |
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation<br><br>    Defendant and Cross-Claimant,<br><br>vs.<br><br>HAROLD IGDALOFF, *et al.*.<br><br>    Defendants and Cross-Defendants. | |
| AND RELATED CROSSCLAIMS | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF MOT. & MOT. FOR DETERMINATION OF GOOD FAITH SETTLEMENT - Case No. 2:17-cv-04059-MCS-JEM

34999\14915922.1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT ON August 8, 2022 at 9:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Mark C. Scarsi, in the Courtroom 7C of United States Courthouse for the Central District of California, Western Division, 350 W. 1st Street, Los Angeles, California 90012, Union Pacific Railroad Company ("Union Pacific") will and hereby does move the Court for an order declaring that the settlement entered into between Union Pacific, on the one hand, and Harold Igdaloff, Estate of Evelyn Igdaloff, Deceased, and Igdaloff 1993 Family Trust (collectively, "the Igdaloff Parties"), on the other hand ("Settlement"), was made in good faith within the meaning of California Code of Civil Procedure Sections 877 and 877.6. Union Pacific further moves this Court for an Order barring all claims or actions seeking contribution from the Igdaloff Parties.

This motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the Declaration of Sarah P. Bell and exhibits filed in support thereof, all pleadings, records and other documents on file with the Court in this action, and on such further oral and/or documentary evidence as may properly be presented at the time of the hearing of this motion.

This Motion is made pursuant to the terms of Union Pacific's settlement with the Igdaloff Parties. Other than the Igdaloff Parties, there are no other remaining parties that have appeared in this action because this Court has already found that Union Pacific's settlements with the remaining parties to have appeared in this action were made in good faith and dismissed all claims against such parties. ECF Nos. 403, 455, 467. Accordingly, there were no other parties with which to meet and confer pursuant to Local Rule 7-3. *See* Decl. of Sarah P. Bell ("Bell Decl.") ¶ 3, filed concurrently herewith.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF MOT. & MOT. FOR DETERMINATION OF GOOD FAITH SETTLEMENT - Case No. 2:17-cv-04059-MCS-JEM

2

34999\14915922.1

| | | |
|---|---|---|
| 1 | Dated: July 11, 2022 | FARELLA BRAUN + MARTEL LLP |
| 2 | | |
| 3 | | By:   /s/ Sarah P. Bell |
| 4 | |     Sarah P. Bell |
| 5 | | Attorneys for Defendant Union Pacific Railroad Company |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF MOT. & MOT. FOR DETERMINATION OF GOOD FAITH SETTLEMENT - Case No. 2:17-cv-04059-MCS-JEM

3

34999\14915922.1