1 Sarah P. Bell (State Bar No. 227082)
   sbell@fbm.com
2 Elizabeth Dorsi (State Bar No. 282285)
   edorsi@fbm.com
3 Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
4 San Francisco, California 94104
Telephone: (415) 954-4400
5 Facsimile: (415) 954-4480

6 Attorneys for Defendant Union Pacific
Railroad Company

7

8

9                 UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE TORRES, an individual; and ROBERTA TORRES, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>HAROLD IGDALOFF, *et al.*,<br><br>    Defendants. | Case No. 2:17-cv-04059-MCS-JEM<br><br>**DECLARTION OF SARAH P. BELL IN SUPPORT OF MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br>The Hon. Mark C. Scarsi<br><br>Action file:   May 31, 2017<br>Trial Date:   September 6, 2022<br><br>Hearing Date:   August 8, 2022<br>Hearing Time:   9:00 a.m. |
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation<br><br>    Defendant and Counterclaimant,<br><br>vs.<br><br>GEORGE TORRES, *et al.*,<br><br>    Plaintiffs and Counterdefendants. | |
| AND RELATED COUNTERCLAIMS AND CROSSCLAIMS | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DECL. OF SARAH P. BELL IN SUPP. OF MOT. FOR DETERMINATION OF GOOD FAITH SETTLEMENT - Case No. 2:17-cv-04059-MCS-JEM

34999\14914204.1

I, Sarah P. Bell, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Farella Braun + Martel LLP, attorneys of record for Defendant Union Pacific Railroad Company ("Union Pacific"). I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Union Pacific's Motion for Determination of Good Faith Settlement.

2. The settlement reached between Union Pacific and the Igdaloff Parties provides for the payment of $4,900,000 by the Igdaloff Parties to Union Pacific in resolution of Union Pacific's claims against the Igdaloff Parties. The settlement will be reflected and confirmed in a Stipulated Judgment pursuant to Federal Rule of Civil Procedure 41(a)(2), which will seek this Court's continuing jurisdiction over certain matters reflected in the settlement. The Igdaloff Parties' payment is to be secured by recorded abstracts of judgment creating liens on real property owned by the Igdaloff Parties, while Union Pacific will stay and forego enforcement of the judgment until after Mr. Igdaloff's death, along with restrictions and stipulations relating to the distribution of proceeds from the sale of certain of the Igdaloff Parties' real properties should the Igdaloff Parties voluntarily sell certain of their real properties prior to Mr. Igdaloff's death. Union Pacific will continue in its role as the sole party responding to the Imminent and Substantial Endangerment Order and as the sole party paying to investigate and remediate the Site. Each party shall be responsible for their own attorneys' fees and costs incurred in connection with the action.

3. Union Pacific does not anticipate any opposition to this Motion as this Court has already found that Union Pacific's settlements with the remaining parties to have appeared in this action were made in good faith and dismissed all claims against such parties. ECF Nos. 403, 455, 467. While Mr. Igdaloff is not represented by counsel in the present action, I have been advised by counsel who

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DECL. OF SARAH P. BELL IN SUPP. OF MOT.
FOR DETERMINATION OF GOOD FAITH
SETTLEMENT - Case No. 2:17-cv-04059-MCS-JEM

34999\14914204.1

have specially appeared for Mr. Igdaloff in this action that the Igdaloff Parties support this Motion.

4. Attached as **Exhibit 1** is a true and correct copy of the July 30, 1980 Commercial Lease between Southern Pacific and Harold Igdaloff and Evelyn Igdaloff, produced by Union Pacific in discovery in this action.

5. Attached as **Exhibit 2** is a true and correct copy of an Individual Grant Deed between Herman and Carole Rosen (grantors) and Harold and Evelyn Igdaloff (grantees) dated March 31, 1980, produced by George Torres in this action.

6. At mediation, both Union Pacific and the Igdaloff Parties were represented by experienced counsel in negotiations conducted with Mr. Gallagher. This settlement is the product of arms' length negotiations among experienced counsel, under the direction of an experienced mediator, and in an adversarial setting.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of July, 2022, at San Francisco, California.

*/s/ Sarah P. Bell*
Sarah P. Bell

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

MPA ISO MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT -
Case No. 2:17-cv-04059-MCS-JEM

2

34999\14914204.1