# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE TORRES, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>HAROLD IGDALOFF, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:17–cv–04059–MCS–JEM<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __9/28/2022__

Document No.:   __487__

Title of Document:   __stipulated final judgment__

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

L.R. 58–10 at least 2 lines of text must accompany the Signature Line for Signature of Judge on a last page of proposed order or judgment

The filing was combined stipulated final judgment wherein "it is so ordered" stands alone on page 11 of the 24 page document... instead of submitting a separate formal judgment as a separate attachment.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _September 28, 2022_      By:  _/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov_
                                     Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS